■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON LEWIS, Appellant. [939 NYS2d 847]—Judgment, Supreme Court, Bronx County (Barbara F. Newman, J.), rendered May 30, 2008, convicting defendant, after a nonjury trial, of harassment in the second degree, and sentencing him to a conditional discharge, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence established that defendant struck the victim with intent to harass and alarm her (*see* Penal Law § 240.26 [1]). Concur—Saxe, J.P., Sweeny, Freedman and Manzanet-Daniels, JJ.